

Ex. 2