IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA : 
: 
v. : Civil Action No. DKC 21-101
: 
MADANI ILARA TEJAN : 
:

**ORDER**

For the reasons stated at the hearing on February 27, 2023, it is by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to present victim impact from the Fotachwi family filed by the Government (ECF No. 143), BE, and the same hereby IS, DENIED; and

2. The Clerk is directed to transmit a copy of this Order to counsel of record.

February 28, 2024                         /s/
                                          DEBORAH K. CHASANOW
                                          United States District Judge